**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1551**

———————

GUSSIE MINUS,

Plaintiff - Appellant,

versus

E. I. DUPONT DE NEMOURS & COMPANY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Falcon B. Hawkins, Senior District
Judge; Wallace Wade Dixon, Magistrate Judge. (CA-00-3067-2-11RB)

———————

Submitted: July 25, 2002          Decided: August 7, 2002

———————

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Gussie Minus, Appellant Pro Se. Amy Miller, MCGUIREWOODS, L.L.P.,
Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gussie Minus seeks to appeal from the denial of relief in his employment discrimination action. We dismiss the appeal for lack of jurisdiction because Minus' notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's final order was entered on the docket on July 3, 2001. Minus' notices of appeal were filed on May 13 & 14, 2002. Because Minus failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED